OMB Approval No. 2502-0265

# A. Settlement Statement (HUD-1)

**B. Type of Loan**

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: 2017060216HUD1 | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower: | E. Name and Address of Seller: | F. Name and Address of Lender: |
|---|---|---|
| DESERT FOX CUSTOM RESTORATIONS INC | UNITED STATES OF AMERICA<br>10611 BALLS FORD ROAD, SUITE 140<br>MANASSAS, VA 20109 | Josh Weeks Enterprises LLC<br>411 S Honeysuckle Lane<br>Gilbert, AZ 85296 |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 1640 ROCK DOVE LANE<br>EL PASO, TX 79911<br>EL PASO County, Texas | The Accurate Group of Texas, LLC<br>4888 Loop Central Dr, Suite 500<br>Houston, TX 77081   Ph. (888)456-4383<br>Place of Settlement:<br>4888 Loop Central Dr, Suite 500<br>Houston, TX 77081 | July 31, 2018 |

| J. Summary of Borrower's transaction | | K. Summary of Seller's transaction | |
|---|---|---|---|
| 100. Gross Amount Due from Borrower: | | 400. Gross Amount Due to Seller: | |
| 101. Contract sales price | 200,000.00 | 401. Contract sales price | 200,000.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement Charges to Borrower (Line 1400) | 3,838.60 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by Seller in advance | | Adjustments for items paid by Seller in advance | |
| 106. City/Town Taxes   to | | 406. City/Town Taxes   to | |
| 107. County Taxes   to | | 407. County Taxes   to | |
| 108. Assessments   to | | 408. Assessments   to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. Gross Amount Due from Borrower** | **203,838.60** | **420. Gross Amount Due to Seller** | **200,000.00** |
| 200. Amounts Paid by or in Behalf of Borrower | | 500. Reductions in Amount Due Seller: | |
| 201. Deposit or earnest money | 20,000.00 | 501. Excess deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 160,000.00 | 502. Settlement charges to Seller (Line 1400) | 22,260.04 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. | | 504. Payoff First Mortgage to WESTSTAR BANK Good Thru 8 | 163,432.90 |
| 205. | | 505. Payoff Second Mortgage | |
| 206. | | 506. Deposit retained by seller | 20,000.00 |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by Seller | | Adjustments for items unpaid by Seller | |
| 210. City/Town Taxes   to | | 510. City/Town Taxes   to | |
| 211. County Taxes   to | | 511. County Taxes   to | |
| 212. Assessments   to | | 512. Assessments   to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. Total Paid by/for Borrower** | **180,000.00** | **520. Total Reduction Amount Due Seller** | **205,692.94** |
| 300. Cash at Settlement from/to Borrower | | 600. Cash at settlement to/from Seller | |
| 301. Gross amount due from Borrower (line 120) | 203,838.60 | 601. Gross amount due to Seller (line 420) | 200,000.00 |
| 302. Less amount paid by/for Borrower (line 220) | (180,000.00) | 602. Less reductions due Seller (line 520) | (205,692.94) |
| **303. Cash**  ☒ From  ☐ To Borrower | **23,838.60** | **603. Cash**  ☐ To  ☒ From Seller | **5,692.94** |

* Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)
The undersigned hereby acknowledge receipt of a completed copy of this statement & any attachments referred to herein

Borrower DESERT FOX CUSTOM RESTORATIONS INC
BY: VINCENZO TANGREDI

Seller UNITED STATES OF AMERICA
BY: BIRGIT FLORES



PLAINTIFF'S EXHIBIT
NO.   F + G + H

The Public Reporting Burden for this collection of information is estimated at 35 minutes per response for collecting, reviewing, and reporting this form, unless it displays a currently valid OMB control number. No confidentiality is assured; this disclosure is mandatory. This is designed process.

## L. Settlement Charges

| | | | Paid From Borrower's Funds at Settlement | Paid From Seller's Funds at Settlement |
|---|---|---|---|---|
| **700. Total Real Estate Broker Fees** | | | | |
| *Division of commission (line 700) as follows:* | | | | |
| 701. $ to | | | | |
| 702. $ to | | | | |
| 703. Commission paid at settlement | | | | |
| 704. | | | | |
| 705. | | | | |
| **800. Items Payable in Connection with Loan** | | | | |
| 801. Our origination charge | | $ 1,600.00 (from GFE #1) | | |
| 802. Your credit or charge (points) for the specific interest rate chosen | $ | (from GFE #2) | | |
| 803. Your adjusted origination charges to Josh Weeks Enterprises LLC | | (from GFE #A) | 1,600.00 | |
| 804. Appraisal fee to | | (from GFE #3) | | |
| 805. Credit Report to | | (from GFE #3) | | |
| 806. Tax service to | | (from GFE #3) | | |
| 807. Flood certification to | | (from GFE #3) | | |
| 808. | | (from GFE #3) | | |
| 809. | | (from GFE #3) | | |
| 810. | | (from GFE #3) | | |
| 811. | | (from GFE #3) | | |
| **900. Items Required by Lender to Be Paid in Advance** | | | | |
| 901. Daily interest charges from 07/31/18 to 08/01/18 | 1 @ $/day | (from GFE #10) | | |
| 902. Mortgage insurance premium for months to | | (from GFE #3) | | |
| 903. Homeowner's insurance for years to | | (from GFE #11) | | |
| 904. | | (from GFE #11) | | |
| 905. | | (from GFE #11) | | |
| **1000. Reserves Deposited with Lender** | | | | |
| 1001. Initial deposit for your escrow account | | (from GFE #9) | | |
| 1002. Homeowner's insurance months @ $ per month | $ | | | |
| 1003. Mortgage insurance months @ $ per month | $ | | | |
| 1004. Property taxes | $ | | | |
| 1005. | $ | | | |
| 1006. months @ $ per month | $ | | | |
| 1007. months @ $ per month | $ | | | |
| 1008. | $ | | | |
| 1009. Aggregate Adjustment | $ | | | |
| **1100. Title Charges** | | | | |
| 1101. Title services and lender's title insurance | | (from GFE #4) | 700.00 | |
| 1102. Settlement or closing fee to The Accurate Group of Texas, LLC | $ 600.00 | | | 600.00 |
| 1103. Owner's title insurance to Accurate Title Group | | (from GFE #5) | 1,433.50 | |
| 1104. Lender's title insurance to Accurate Title Group | $ 100.00 | | | |
| 1105. Lender's title policy limit $ 160,000.00 | | | | |
| 1106. Owner's title policy limit $ 200,000.00 | | | | |
| 1107. Agent's portion of the total title insurance premium to The Accurate Group of Texas, LLC | $ 1,299.65 | | | |
| 1108. Underwriter's portion of the total title insurance premium to Westcor Land Title Insurance Company | $ 229.35 | | | |
| 1109. COURIER FEE to The Accurate Group of Texas, LLC | $ | | 20.00 | 20.00 |
| 1110. State of Texas Policy Guaranty Fee to Texas Guaranty Assoc. | $ 4.50 | | | |
| 1111. DOC PREP FEE to SHAPRIO & DUNN PLLC | $ | | | 75.00 |
| 1112. TAX CERT FEE to NATIONAL TAX NET | $ | | 31.10 | |
| 1113. | $ | | | |
| **1200. Government Recording and Transfer Charges** | | | | |
| 1201. Government recording charges to Register of Deeds | | (from GFE #7) | 54.00 | |
| 1202. Deed $ 34.00 Mortgage $ 54.00 Releases $ Other $ | | | | 34.00 |
| 1203. Transfer taxes | | (from GFE #8) | | |
| 1204. City/County tax/stamps $ $ | | | | |
| 1205. State tax/stamps $ $ | | | | |
| 1206. | | | | |
| 1207. | | | | |
| **1300. Additional Settlement Charges** | | | | |
| 1301. Required services that you can shop for | | (from GFE #6) | | |
| 1302. GOVERNMENT INCURRED COSTS to CWSAMS | $ | | | 9,854.33 |
| 1303. DELINQUENT TAXES to TAX ASSESSOR-COLLECTOR | $ C546-999-0050-4700 | | | 11,676.71 |
| 1304. | $ | | | |
| 1305. | $ | | | |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** | | | **3,838.60** | **22,260.04** |

* Paid outside of closing by borrower(B), seller(S), lender(L), or third-party(T)

By signing page 1 of this statement, the signatories acknowledge receipt of a completed copy of page 2 & 3 of this three page statement.

The Accurate Group of Texas, LLC, Settlement Agent



HUD-1 Attachment

Borrower(s): DESERT FOX CUSTOM RESTORATIONS INC

Seller(s): UNITED STATES OF AMERICA

10611 BALLS FORD ROAD, SUITE 140
MANASSAS, VA 20109

Lender: Josh Weeks Enterprises LLC
Settlement Agent: The Accurate Group of Texas, LLC
(888)456-4383
Place of Settlement: 4888 Loop Central Dr, Suite 500
Houston, TX 77081
Settlement Date: July 31, 2018
Property Location: 1640 ROCK DOVE LANE
EL PASO, TX 79911
EL PASO County, Texas

### Seller Loan Payoff Details

**Payoff First Mortgage** to WESTSTAR BANK Good Thru 8/25   Re: 8972819

| | | | |
|---|---|---|---|
| Loan Payoff | 163,432.90 | As of 08/25/18 | |
| Total Additional Interest | | -25 days @ | Per Diem |
| **Total Loan Payoff** | **163,432.90** | | |

### Adjusted Origination Charge Details

**Origination Charge**

Origination - 1% Point                                                                                    1,600.00
   to   Josh Weeks Enterprises LLC

                                                                                              Total  $    1,600.00

Origination Credit/Charge (points) for the specific interest rate chosen

                                                                                              Total  $

                                                                      Adjusted Origination Charges  $    1,600.00

| Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---|---|
| ESCROW FEE<br>   to   The Accurate Group of Texas, LLC | 600.00 | |
| Lender's title insurance<br>   to   Accurate Title Group | 100.00 | |
| **Total** | **$ 700.00** | **$ 0.00** |

| Settlement or Closing Fee Details<br>*borrower portion also shown above in Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---|---|
| ESCROW FEE<br>   to   The Accurate Group of Texas, LLC | 600.00 | 600.00 |
| **Total** | **$ 600.00** | **$ 600.00** |

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(2017060216HUD1.PFD/2017060216HUD1/14)

HUD-1 Attachment - Continued

| Owner's Title Insurance | | BORROWER | SELLER |
|---|---|---|---|
| Owner's Policy Premium<br>  to   Accurate Title Group | | 1,429.00 | |
| State of Texas Policy Guaranty Fee<br>  to   Texas Guaranty Assoc. | | 4.50 | |
| | Total | $ 1,433.50 | $ 0.00 |

| Lender's Title Insurance<br>*fees also shown above in Title Services and Lender's Title Insurance Details | | BORROWER | SELLER |
|---|---|---|---|
| Lender's Policy Premium<br>  to   Accurate Title Group | | 100.00 | |
| | Total | $ 100.00 | $ 0.00 |



WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(2017060216HUD1.PFD/2017060216HUD1/14)

## HUD-1 Attachment

Borrower(s): DESERT FOX CUSTOM RESTORATIONS INC

Seller(s): UNITED STATES OF AMERICA

10611 BALLS FORD ROAD, SUITE 140
MANASSAS, VA 20109

Lender: Josh Weeks Enterprises LLC
Settlement Agent: The Accurate Group of Texas, LLC
(888)456-4383
Place of Settlement: 4888 Loop Central Dr, Suite 500
Houston, TX 77081
Settlement Date: July 31, 2018
Property Location: 1640 ROCK DOVE LANE
EL PASO, TX 79911
EL PASO County, Texas

### Seller Loan Payoff Details

| Payoff First Mortgage | to WESTSTAR BANK Good Thru 8/25 | Re: 8972819 |
|---|---|---|
| Loan Payoff | 163,432.90  As of 08/25/18 | |
| Total Additional Interest | -25 days @ | Per Diem |
| **Total Loan Payoff** | **163,432.90** | |

### Adjusted Origination Charge Details

**Origination Charge**
Origination - 1% Point
    to   Josh Weeks Enterprises LLC     1,600.00

    Total $     1,600.00

Origination Credit/Charge (points) for the specific interest rate chosen

    Total $ _____

    Adjusted Origination Charges $     1,600.00

| Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---|---|
| ESCROW FEE<br>   to  The Accurate Group of Texas, LLC | 600.00 | |
| Lender's title insurance<br>   to  Accurate Title Group | 100.00 | |
| Total | $ 700.00 | $ 0.00 |

| Settlement or Closing Fee Details<br>*borrower portion also shown above in Title Services and Lender's Title Insurance Details | BORROWER | SELLER |
|---|---|---|
| ESCROW FEE<br>   to  The Accurate Group of Texas, LLC | 600.00 | 600.00 |
| Total | $ 600.00 | $ 600.00 |

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.



(2017060216HUD1.PFD/2017060216HUD1/14)

HUD-1 Attachment - Continued

| Owner's Title Insurance | | BORROWER | SELLER |
|---|---|---|---|
| Owner's Policy Premium<br>  to   Accurate Title Group | | 1,429.00 | |
| State of Texas Policy Guaranty Fee<br>  to   Texas Guaranty Assoc. | | 4.50 | |
| | Total | $ 1,433.50 | $ 0.00 |

| Lender's Title Insurance<br>*fees also shown above in Title Services and Lender's Title Insurance Details | | BORROWER | SELLER |
|---|---|---|---|
| Lender's Policy Premium<br>  to   Accurate Title Group | | 100.00 | |
| | Total | $ 100.00 | $ 0.00 |

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

DESERT CUSTOM RESTORATIONS INC

BY:_____
VINCENZO TANGREDI

UNITED STATES OF AMERICA

BY:_____
BIRGIT FLORES

WARNING: It is a crime to knowingly make false statements to the United States on this or any similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

(2017060216HUD1.PFD/2017060216HUD1/14)