IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DESERT FOX CUSTOM RESTORATIONS, INC.,
a New Mexico Corporation,

       Plaintiff,

v.                                  No. 2:19-CV-01150-KRS-CG

CWS MARKETING GROUP, INC.,
a Virginia Corporation;

and

THE ACCURATE GROUP OF TEXAS, LLC,
a Texas LLC;

and

WESTCOR LAND & TITLE, INC.,
a Florida Licensed Insurance Co.,

       Defendants.

## ORDER OF TRANSFER

THIS MATTER having come before the Court on Defendant The Accurate Group of Texas, LLC's Motion to Dismiss or Transfer for Lack of In Personam Jurisdiction or Improper Venue (Feb. 20, 2020) (Doc. 19) and on the parties' joint Stipulation (Mar. 4, 2020) (Doc. 25), and the Court having reviewed those items and being otherwise fully informed in the premises, the Court

FINDS that a transfer of this action to the United States District Court for the Western District of Texas would be in the interest of justice for the reasons set forth in Doc. 19 and Doc. 25.

IT IS THEREFORE ORDERED that this action is transferred to the United States District Court for the Western District of Texas in accordance with 28 U.S.C. § 1631. See, e.g., Viernow v. Euripides Dev. Corp., 157 F.3d 785, 792-94 (10th Cir. 1998). The Clerk of this Court is directed to make the Court's file in this action available to the Clerk of the United States District Court for the Western District of Texas.

*(signature)*
HON. KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE
(PRESIDING BY CONSENT)

Approved:

J. ROBERT BEAUVAIS, P.A.
By     /s/ J. Robert Beauvais
          J. Robert Beauvais
P.O. Box 2408
Ruidoso, New Mexico 88345
(575) 257-6321
Lincolnlawyers575@gmail.com
*Attorney for Plaintiff*


SUTIN, THAYER & BROWNE APC
By     /s/ Mariposa Padilla Sivage
          Mariposa Padilla Sivage
P.O. Box 1945
Albuquerque, New Mexico 87103
(505) 883-3433
mps@sutinfirm.com
*Attorneys for Defendant Westcor Land Title Company*


BUTT, THORNTON & BAEHR, P.C.
By     /s/ Michael P. Clemens
          Michael P. Clemens
P.O. Box 3170
Albuquerque, New Mexico 87190
(505) 884-0777
mpclemens@btblaw.com;
*Attorneys for Defendant CWS Marketing Group, Inc.*


RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
By     /s/ Charles K. Purcell
          Charles K. Purcell
P.O. Box 1888
Albuquerque, N.M. 87103
(505) 765-5900
kpurcell@rodey.com
*Attorneys for Defendant The Accurate Group of Texas, LLC*