**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

DESERT FOX CUSTOM
RESTORATIONS, INC.,

      Plaintiff,

v.                                                  CV No. 19-1150 KRS/CG

CWS MARKETING GROUP, et al.,

      Defendants.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND RULE 16 SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on Defendants' *Stipulation*, (Doc. 25), filed March 4, 2020, and the Court's *Order of Transfer*, (Doc. 26), filed March 18, 2020.

**IT IS THEREFORE ORDERED** that the Court's *Initial Scheduling Order*, (Doc. 18), and the Telephonic Rule 16 Scheduling Conference set for March 24, 2020, are **VACATED**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE